**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6014

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

RAHSAAN JAMAR WATKINS, a/k/a Robert Leon Alexander,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph R. Goodwin, Chief District Judge. (2:99-cr-00189-2)

Submitted: July 22, 2008                 Decided: July 25, 2008

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rahsaan Jamar Watkins, Appellant Pro Se. Kasey Warner, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rahsaan Jamar Watkins appeals the district court's order accepting the recommendation of the magistrate judge and denying his motion for reconsideration of the denial of his motion to suppress. He also challenges the denial of his second motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. United States v. Watkins, No. 2:99-cr-00189-2 (S.D.W. Va. July 5 & Oct. 25, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED